UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-270 AN |
| v. | INFORMATION |
| ANDREW JAMES BEASON, | 41 C.F.R. § 102.74.385 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT 1</u>
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102.74.385)**

On or about June 18, 2025, in the District of Oregon, the defendant **ANDREW JAMES BEASON** did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315 and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: June 20, 2025

Respectfully submitted,

WILLIAM M. NARUS
United States Attorney

*/s Pamela Paaso*
PAMELA PAASO, TXSB #24060371
Assistant United States Attorney